IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,                          **AMENDED**
JUDGMENT AND
Plaintiff,     COMMITMENT ORDER

v.

JOSÉ AGUILAR-HUERTA,                      10-cr-129-slc-1

Defendant.
_____

The court's October 29, 2010 written judgment and commitment order incorrectly stated that the court had imposed a sixty day sentence on defendant José Aguilar-Huerta. The actual sentence imposed was 90 days, the sentence suggested by both the defendant and the government.

It is ORDERED that defendant José Aguilar-Huerta is sentenced to the custody of the Bureau of Prisons for a term of 90 days, consecutive to any other sentence previously imposed upon Aguilar-Huerta.

It is FURTHER ORDERED that defendant José Aguilar-Huerta forthwith shall pay the $10$^{00}$ special assessment to the clerk of this court.

This sentence serves the goals of general and specific deterrence, punishment of the defendant, and the protection of other Bureau of Prisons inmates.

Entered this 1st day of November, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge